| | |
|---|---|
| County Court, County of Arapahoe, Colorado<br>Court Address:<br>1790 W. Littleton Blvd.<br>Littleton, CO 80120<br><br>Plaintiff(s): Clifford Lott<br><br>v.<br><br>Defendant(s): Medicredit, Inc., a Missouri corporation d/b/a The Outsource Group | **∆ COURT USE ONLY ∆** |
| Attorneys for Defendant:<br>Thomas D. Leland, #35631<br>Leah E. Capritta, # 32087<br>LATHROP & GAGE LLP<br>950 Seventeenth Street, Suite 2400<br>Denver, CO  80202<br>TLeland@lathropgage.com<br>LCapritta@lathropgage.com<br>Phone Number: 720.931.3200<br>FAX Number: 720.931.3201 | Case Number:2014C050502<br><br><br><br>Division: Civil |
| **NOTICE OF FILING NOTICE OF REMOVAL**<br>**BY MEDICREDIT, INC.** | |

Defendant Medicredit, Inc. submits the following Notice that it has filed a Notice of Removal in this action from the County Court for the County of Arapahoe, State of Colorado to the United States District Court for the District of Colorado. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

23188254v1

Dated: December 12, 2014.    By: *s/ Leah E. Capritta*
　　　　　　　　　　　　　　　　　Leah E. Capritta, Bar No. 32087
　　　　　　　　　　　　　　　　　Thomas D. Leland, Bar No. 35631
　　　　　　　　　　　　　　　　　LATHROP & GAGE LLP
　　　　　　　　　　　　　　　　　950 Seventeenth Street, Suite 2400
　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　Telephone: 720.931.3200
　　　　　　　　　　　　　　　　　Facsimile: 720.931.3201

　　　　　　　　　　　　　　　　　Attorneys for Defendant Medicredit, Inc.

# CERTIFICATE OF SERVICE

I certify that, on December 12, 2014, a true and accurate copy of this *NOTICE OF FILING NOTICE OF REMOVAL BY MEDICREDIT, INC.* was served on the other party(s) or attorney(s) by:

☐ Hand Delivery  ☒ E-filed (ICCES)  ☐ Faxed to this number　　　or ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

David M. Larson, Esq.
88 Inverness Circle East, Suite E-102
Englewood, CO 80112

　　　　　　　　　　　　　　　　　*s/ Leah E. Capritta*
　　　　　　　　　　　　　　　　　Defendant(s) or Attorney for Defendant(s) Signature

23188254v1