IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03369-MSK-KLM

CLIFFORD LOTT

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation doing business as The Outsource Group,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#18][1] (the "Protective Order Motion"), Plaintiff's **Unopposed Motion for Leave for Plaintiff's Counsel to Appear at the Scheduling Conference by Telephone** [#19] ("Plaintiff's Motion"), and Defendant's **Unopposed Motion to Appear by Telephone for the Scheduling Conference** [#20] ("Defendant's Motion").

IT IS HEREBY **ORDERED** that the Protective Order Motion [#18] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [##18-1, 18-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that Plaintiff's Motion [#19] and Defendant's Motion [#20] are **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that counsel for the parties may appear by telephone at the Scheduling Conference on February 19, 2015 at 11:00 a.m. by dialing the Court at **303-335-2770**. Counsel for the parties must initiate a conference call between themselves

---

[1] "[#12]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.

before dialing the Court.

Dated: February 17, 2015